**SEARS ROEBUCK & CO., v. DELTA MANUFACTURING CO.**
**No. 5740.**

Circuit Court of Appeals, Seventh Circuit.
April 3, 1936.

Fred A. Parsons, of Milwaukee, Wis., for appellant.

Louis Quarles, of Milwaukee, Wis., for appellee.

Before EVANS, SPARKS and ALSCHULER, Circuit Judges.

EVANS, Circuit Judge.

Now this day come the parties by their counsel and present and file a stipulation to dismiss this appeal, which said stipulation is in the words and figures following, to wit: "It is hereby stipulated

by and between counsel for the respective parties to the above-entitled cause, this honorable court consenting thereto, that appellant's appeal may be dismissed, any costs in the Court of Appeals in connection therewith to be paid by appellant."

On consideration whereof, it is now here ordered, adjudged, and decreed by this court that this appeal be, and the same is hereby, dismissed, with costs, pursuant to the foregoing stipulation.